JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ALBERTO WILLIAM CORDERO, | } | Case No. CV 14-09756-DFM |
| Plaintiff, | } | JUDGMENT |
| v. | } | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | } | |
| Defendant. | } | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

Dated:  September 29, 2015

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge